IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOE WILLIAMS, Individually and on Behalf of All Others Similarly Situated, § § § § Plaintiff, § § v. § § ALL WEB LEADS, INC., § § Defendant. § § | No. 5:19-cv-426-DAE |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The matter before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Dkt. # 19.) The Court hereby **GRANTS** the parties' agreed stipulation of the above-styled and numbered cause with prejudice, with each party to bear their own attorneys' fees and court costs.

IT IS SO ORDERED.

DATED: San Antonio, Texas, October 3, 2019.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE